FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/9/2015 8:45:09 AM

CATHY S. LUSK
Clerk

FILED FOR RECORD
At 8:05 o'clock a.m.

JUL - 8 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

July 7, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:            12-14-00068-CR
        Trial Court Case Number:  31363

**Style:**  Ronald Dee Van Zandt
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By:  *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C  Mr. Paul H. Guillotte Jr. (DELIVERED VIA E-MAIL)
C  Ms. Erica Morgan (DELIVERED VIA E-MAIL)
:

Mandate executed on ___8___ day of ___July___, 2015.

Brief explanation of action taken:  *filed in the papers of the cause*

___Janice G. Staples___                    District/County Clerk

1517 WEST FRONT STREET  •  SUITE 354  •  TYLER, TX 75702  •  TEL: 903-593-8471  •  FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van
Zandt and Wood Counties
www.12thcoa.courts.state.tx.us